___ FILED  _X_ LODGED
___ RECEIVED  ___ COPY

JUN 29 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JUL 0 9 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CARLETTA TILOUSI, ET AL.,  )   CASE NO. 04-CV-[add] – 1290-PCT-FJM
                **Plaintiffs,**  )
                                              )
vs.  )   **ORDER FOR ADMISSION OF**
                                              )   **ATTORNEY PRO HAC VICE**
ARIZONA STATE UNIVERSITY, ET  )
AL.,  )
                **Defendants.**  )

Based upon the motion of Alexander E. Dreier for admission to practice pro hac vice in this action on behalf of the Arizona Board of Regents et al., and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

   ☑   the motion of attorney for admission to practice pro hac vice is granted.

   ☐   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this ____1st____ day of ____July____, 2004.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~
JUDGE

